*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  August 13, 2015                519559
_____

In the Matter of MICHAEL
    RICHARDS,
                    Petitioner,

        v                                  MEMORANDUM AND JUDGMENT

COMMISSIONER OF CORRECTIONS
    AND COMMUNITY SUPERVISION,
                    Respondent.
_____

Calendar Date:   June 8, 2015

Before:   Peters, P.J., Lahtinen, Garry and Lynch, JJ.

_____

        Michael Richards, Elmia, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Peters, P.J., Lahtinen, Garry and Lynch, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court